Drummond v. Cordell

PATRICIA McLEAN DRUMMOND v. EARL CORDELL, D/B/A CORDELL'S BODY SHOP, AND MELODY M. CORDELL

No. 196A85

(Filed 7 January 1986)

APPEAL of right by plaintiff and defendant Earl Cordell pursuant to N.C.G.S. 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 73 N.C. App. 438, 326 S.E. 2d 292 (1985), which vacated the judgment entered by *Downs, J.,* on 13 January 1984 in Superior Court, HAYWOOD County, and remanded the cause to that court for a new trial. Heard in the Supreme Court 17 December 1985.

*McLean & Dickson, P.A., by Russell L. McLean III, for plaintiff.*

*Roberts, Cogburn, McClure & Williams, by Max O. Cogburn and Allan P. Root, for defendant Earl Cordell.*

PER CURIAM.

Affirmed.